NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK−22−50556−hlb |
| | CHAPTER 7 |
| DEBRA YOUREN , |  |
| Debtor(s) | Adversary Proceeding: 24−05014−hlb |
| DUSTIN C. YOUREN | COMPLAINT, SUMMONS |
| CHRISTINA W. LOVATO, et al, | STANDARD DISCOVERY PLAN AND |
| Plaintiff(s) | SCHEDULING ORDER PACKET |
| vs | Hearing Date:   December 18, 2024 |
| | Hearing Time:  10:30AM |
| AMERICAN AGCREDIT, FLCA, A FEDERALLY CHARTERED FARM CREDIT SYSTEM INSTITUTION DEBRA K. YOUREN BUSTER ALLEY, et al, | |
| Defendant(s) | |

I, _Celeste Hernandez, certify that I am at least 18 years old and not a party to the matter concerning
            (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _October 8, 2024____
              (date)

by:

- [X] Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

    SEE ATTACHED SERVICE LIST

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: (Describe briefly)

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)                                                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __October 8, 2024_____     Signature:_/s/ Celeste Hernandez_____

| |
|---|
| Print Name: _Celeste Hernandez_____ |
| Business Address:_71 Washington Street_____ |
| City: __Reno_____ State: __NV_____ Zip: _89503_____ |

SERVICE LIST

Debra K. Youren (Defendant)
HC 61 Box 615
Wendover, NV  84083

Debra K. Youren (Defenant)
15000 North Pleasant Valley
Ely, NV  89301

Debra K. Youren (Defendant)
52 Guth Road
Salmon, ID  83467

Debra M. Amens
Amens Law Ltd.
432 S. Broad Street
Battle Mountain, NV  89310 Email: dmamens@gmail.com
Attorney for Debra Youren

Buster Alley (Defendant)
5520 Spring Lane
Emmett, Idaho, 83617

Louis M. Bubala III
Kaempfer Crowell Law
50 W. Liberty Street, Suite 1100
Reno, NV  89501
Attorney for American AG Credit

Elizabeth A. Fletcher
FLETCHER & LEE
448 RIDGE STREET
RENO, NV 89501

and

Zachary A. Gerber
Gerber Law Offices, LLP
491 4th Street
Elko, NV  89801
Attorneys for Buster Alley