KAEMPFER CROWELL
Louis M. Bubala III, Nev. Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorneys for American AgCredit, FLCA*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DEBRA YOUREN,<br><br>Debtor. | Case No.: 22-50556-hlb<br>(Chapter 7) |
| DUSTIN C. YOUREN; and CHRISTINA W. LOVATO, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA K. YOUREN; BUSTER ALLEY; and AMERICAN AGCREDIT, FLCA, a Federally Chartered Farm Credit System Institution,<br><br>Defendants. | Adv. No.: 24−05014−hlb<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE OR ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>**Hrg Date: N/A**<br>**Hrg Time: N/A** |

Defendant American AgCredit, FLCA ("American AgCredit") and Plaintiffs Dustin C. Youren and Christina W. Lovato, Chapter 7 Trustee (collectively "the parties"), hereby stipulate and agree to an extension of time for American AgCredit to answer or respond to the First Amended Complaint as follows:

    1.    On August 23, 2024, Plaintiff Youren filed a state court Complaint against Defendants. (Doc. 1-1).

    2.    On September 24, 2024, American AgCredit removed this action to Bankruptcy

KAEMPFER
CROWELL

Court. (Doc. 1).

3. On October 4, 2024, Plaintiffs filed an amended complaint and electronically served American AgCredit with the same. (Doc. 14).

4. On October 7, 2024, this court issued a summons to all Defendants and provided notice of a scheduling conference set for December 18, 2024 at 10:30 a.m. (Doc. 9).

5. The deadline for America AgCredit to respond to the First Amended Complaint is November 7, 2024, 30-day after issuance of the summons. *Id.*

6. The parties have agreed to allow American AgCredit an open extension of time within which to answer or otherwise respond to the First Amended Complaint. Plaintiffs may terminate this open extension upon transmission of an email notification to American AgCredit. American AgCredit will then have 7 days, after service of an email notification terminating the open extension, to docket an answer or otherwise respond to the First Amended Complaint.

7. This first request for an extension of time to respond to the First Amended Complaint is in the spirit of judicial efficiency. The parties do not wish to incur additional costs and expenses associated with litigating this adversary proceeding as a potential resolution to the claims is explored.

| | |
|---|---|
| Dated: November 4, 2024 | Dated: |
| KAEMPFER CROWELL | ROBISON, SHARP, SULLIVAN & BRUST |
| By: /s/ Louis M. Bubala<br>Louis M. Bubala III<br>*Attorney for American AgCredit, FLCA* | By: /s/ Stefanie T. Sharp<br>Stefanie T. Sharp<br>Russell J. Carr<br>71 Washington Street<br>Reno, Nevada 89503<br>Phone: (775) 329-3151 / Fax: (775) 329-7169<br>Email: ssharp@rssblaw.com<br>Email: rcarr@rssblaw.com<br>*Attorneys for Plaintiff Dustin C. Youren and [Proposed] Special Counsel for Chapter 7 Trustee* |