NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>DEBRA YOUREN ,<br>                  Debtor(s) | BK–22–50556–hlb<br>CHAPTER 7<br><br>Adversary Proceeding: 24–05014–hlb |
| DUSTIN C. YOUREN, et al,<br>                  Plaintiff(s)<br>vs<br>AMERICAN ACGREDIT, FLCA, A FEDERALLY CHARTERED FARM CREDIT SYSTEM INSTITUTION, et al,<br>                  Defendant(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *18* – Stipulation By DUSTIN C. YOUREN and Between All Parties to Amend Case Caption on Second Amended Complaint with Certificate of Service Filed by STEFANIE T. SHARP on behalf of DUSTIN C. YOUREN (SHARP, STEFANIE) |
| Filed On: | 11/6/24 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must include all Adversarial Parties exactly as they appear on the docket sheet including terminated parties.
* Second amended complaint filed after a motion was filed. Court caption still reflects and remains ACGREDIT.

Dated: 11/6/24

*Mary A. Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**