STEFANIE T. SHARP NSB 8661
RUSSELL J. CARR NSB 15191
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, Nevada 89503
Telephone:    (775) 329-3151
Facsimile:    (775) 329-7169
Email: ssharp@rssblaw.com
       rcarr@rssblaw.com

*[Proposed] Special Counsel for Chapter 7 Trustee
and Counsel for Dustin C. Youren*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DEBRA YOUREN<br><br>*Debtor*. | Case No.: 22-50556-hlb<br>(Chapter 7) |
| DUSTIN C. YOUREN; and CHRISTINA W. LOVATO, Chapter 7 Trustee,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AMERICAN ACGREDIT, FLCA, a Federally Chartered Farm Credit System Institution, DEBRA K. YOUREN; BUSTER ALLEY,<br><br>*Defendants*, | Adv. Proc. No. 24-05014-hlb<br><br>**STIPULATION TO AMEND CASE CAPTION ON SECOND AMENDED COMPLAINT**<br><br>Hrg Date:  N/A<br>Hrg Time:  N/A |

Plaintiffs Dustin C. Youren and Christina W. Lovato, Chapter 7 Trustee ("Plaintiffs"), Defendant American AgCredit, FLCA ("American AgCredit") and Defendant Buster Alley (collectively "the parties"), by and through their counsel of record, hereby enter this stipulation:

1.    On or about November 6, 2024, Plaintiffs filed a Second Amended Complaint (Doc. 59).

2. On or about November 5, 2024, Defendant Buster Alley ("Alley") filed a Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 15).

3. The parties hereby stipulate that Alley's Motion to Dismiss will apply to the Second Amended Complaint as the only change to the Second Amended Complaint is the case caption. All briefing deadlines will proceed in the normal course such that Plaintiffs' Opposition to the Motion to Dismiss is due on or before November 19, 2024, and Defendant Alley's Reply is due on or before November 26, 2024.

IT IS SO STIPULATED.

DATED this 6th day of November, 2024.          DATED this 6th day of November, 2024.

ROBISON, SHARP, SULLIVAN & BRUST            KAEMPFER CROWELL

/s/ Stefanie T. Sharp                                        /s/ Louis M. Bubala
STEFANIE T. SHARP, NSB 8661                   LOUIS M. BUBALA III, NSB 8974
RUSSELL J. CARR, NSB 15191                     *Attorney for American AgCredit, FLCA*
*[Proposed] Special Counsel for Chapter 7
Trustee and Counsel for Dustin C. Youren*

DATED this 6th day of November, 2024.

FLETCHER & LEE

/s/ Elizabeth Fletcher
ELIZABETH FLETCHER, NSB 10082
*Attorneys for Defendant Buster Alley*

## CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **STIPULATION TO AMEND CASE CAPTION ON SECOND AMENDED COMPLAINT** on all parties to this action by the method(s) indicated below:

  X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

DEBRA M. AMENS
AMENS LAW, LTD
432 S. BROAD ST.
BATTLE MOUNTAIN, NV 89310
(775) 235 2222
Fax : (775) 635 9146
Email: dmamens@gmail.com

SALLIE B ARMSTRONG
100 W. LIBERTY STREET, 10TH FLR
RENO, NV 89501
(775) 788-2000
Fax: (775) 788-2020
Email: sarmstrong@mcdonaldcarano.com

LOUIS M BUBALA, III
KAEMPFER CROWELL
50 W. LIBERTY STREET
SUITE 1100
RENO, NV 89501
775-852-3900
Fax: 775-327-2011 (fax)
Email: lbubala@kcnvlaw.com

Chapter 7 Trustee
CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511
(775) 851 1424
Email: trusteelovato@att.net

U.S. Trustee
U.S. TRUSTEE - RN - 7
300 BOOTH STREET, STE 3009
RENO, NV 89509
Email: USTPRegion17.RE.ECF@usdoj.gov

FLETCHER & LEE
Elizabeth Fletcher, Esq.
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Facsimile: 775.499.5976
Email: efletcher@fletcherlawgroup.com

GERBER LAW OFFICES, LLP
Zachary A. Gerber, Esq. Nevada Bar No. 13128 491 4th Street
Elko, Nevada 89801
Telephone: 775.777.4357
Email: zag@gerberlaw.com

LOUIS M. BUBALA, III on behalf of Defendant AMERICAN AGCREDIT
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

DATED this 6th day of November 2024.

                                                        */s/ Celeste Hernandez*
                                                An Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

4