_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
November 07, 2024

_____

STEFANIE T. SHARP NSB 8661
RUSSELL J. CARR NSB 15191
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, Nevada 89503
Telephone:   (775) 329-3151
Facsimile:    (775) 329-7169
Email: ssharp@rssblaw.com
           rcarr@rssblaw.com

*[Proposed] Special Counsel for Chapter 7 Trustee
and Counsel for Dustin C. Youren*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DEBRA YOUREN<br><br>*Debtor.* | Case No.: 22-50556-hlb<br>(Chapter 7)<br><br>Adv. Proc. No. 24-05014-hlb<br><br>**ORDER TO AMEND CASE CAPTION ON SECOND AMENDED COMPLAINT** |
| DUSTIN C. YOUREN; and CHRISTINA W. LOVATO, Chapter 7 Trustee,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AMERICAN AGCREDIT, FLCA, a Federally Chartered Farm Credit System Institution, DEBRA K. YOUREN; BUSTER ALLEY,<br><br>*Defendants,* | |

On November 6, 2024, Plaintiffs Dustin C. Youren and Christina W. Lovato, Chapter 7 Trustee ("Plaintiffs"), Defendant American AgCredit, FLCA ("American AgCredit") and Defendant Buster Alley (collectively "the parties"), filed a stipulation to amend case caption on the second amended complaint (Doc. 18).

The court, having considered the Stipulation to Amend Case Caption on the Second Amended Complaint, a copy of which is attached hereto as **Exhibit 1,** and having reviewed the stipulation and finding good cause, grants the stipulation.

IT IS SO ORDERED.

Submitted by:

DATED this 7th day of November, 2024.

ROBISON, SHARP, SULLIVAN & BRUST

*/s/ Stefanie T. Sharp*
STEFANIE T. SHARP NSB 8661
RUSSELL J. CARR NSB 15191
*[Proposed] Special Counsel for Chapter 7 Trustee and Counsel for Dustin C. Youren*

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2