# EXHIBIT "1"

# EXHIBIT "1"

1  STEFANIE T. SHARP NSB 8661
2  RUSSELL J. CARR NSB 15191
   Robison, Sharp, Sullivan & Brust
3  71 Washington Street
   Reno, Nevada 89503
4  Telephone:     (775) 329-3151
   Facsimile:     (775) 329-7169
5  Email: ssharp@rssblaw.com
6         rcarr@rssblaw.com

7  *[Proposed] Special Counsel for Chapter 7 Trustee*
   *and Counsel for Dustin C. Youren*
8

9                  **UNITED STATES BANKRUPTCY COURT**

10                         **DISTRICT OF NEVADA**

11

12  | In re:                                   | Case No.:  22-50556-hlb
13  | DEBRA YOUREN                             | (Chapter 7)
14  |          *Debtor.*                       |
15  |                                          | Adv. Proc. No. 24-05014-hlb
16  | DUSTIN C. YOUREN; and CHRISTINA W.       |
    | LOVATO, Chapter 7 Trustee,               |
17  |          *Plaintiffs,*                   | **STIPULATION TO AMEND
18  | vs.                                      | CASE CAPTION ON SECOND
    |                                          | AMENDED COMPLAINT**
19  | AMERICAN ACGREDIT, FLCA, a Federally     |
20  | Chartered Farm Credit System Institution,| Hrg Date:  N/A
    | DEBRA K. YOUREN; BUSTER ALLEY,           | Hrg Time:  N/A
21  |                                          |
22  |          *Defendants,*                   |

23         Plaintiffs Dustin C. Youren and Christina W. Lovato, Chapter 7 Trustee ("Plaintiffs"),

24  Defendant American AgCredit, FLCA ("American AgCredit") and Defendant Buster Alley

25  (collectively "the parties"), by and through their counsel of record, hereby enter this stipulation:

26         1.      On or about November 6, 2024, Plaintiffs filed a Second Amended Complaint (Doc.

27  59).

28

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

2.     On or about November 5, 2024, Defendant Buster Alley ("Alley") filed a Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 15).

3.     The parties hereby stipulate that Alley's Motion to Dismiss will apply to the Second Amended Complaint as the only change to the Second Amended Complaint is the case caption. All briefing deadlines will proceed in the normal course such that Plaintiffs' Opposition to the Motion to Dismiss is due on or before November 19, 2024, and Defendant Alley's Reply is due on or before November 26, 2024.

IT IS SO STIPULATED.

DATED this 6th day of November, 2024.          DATED this 6th day of November, 2024.

ROBISON, SHARP, SULLIVAN & BRUST          KAEMPFER CROWELL

/s/ Stefanie T. Sharp_____          /s/ Louis M. Bubala_____
STEFANIE T. SHARP, NSB 8661          LOUIS M. BUBALA III, NSB 8974
RUSSELL J. CARR, NSB 15191          *Attorney for American AgCredit, FLCA*
*[Proposed] Special Counsel for Chapter 7*
*Trustee and Counsel for Dustin C. Youren*

DATED this 6th day of November, 2024.

FLETCHER & LEE

/s/ Elizabeth Fletcher_____
ELIZABETH FLETCHER, NSB 10082
*Attorneys for Defendant Buster Alley*

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **STIPULATION TO AMEND CASE CAPTION ON SECOND AMENDED COMPLAINT** on all parties to this action by the method(s) indicated below:

X   I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

DEBRA M. AMENS
AMENS LAW, LTD
432 S. BROAD ST.
BATTLE MOUNTAIN, NV 89310
(775) 235 2222
Fax : (775) 635 9146
Email: dmamens@gmail.com

SALLIE B ARMSTRONG
100 W. LIBERTY STREET, 10TH FLR
RENO, NV 89501
(775) 788-2000
Fax:  (775) 788-2020
Email: sarmstrong@mcdonaldcarano.com

LOUIS M BUBALA, III
KAEMPFER CROWELL
50 W. LIBERTY STREET
SUITE 1100
RENO, NV 89501
775-852-3900
Fax: 775-327-2011 (fax)
Email: lbubala@kcnvlaw.com

Chapter 7 Trustee
CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511
(775) 851 1424
Email: trusteelovato@att.net

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

3

U.S. Trustee
U.S. TRUSTEE - RN - 7
300 BOOTH STREET, STE 3009
RENO, NV 89509
Email: USTPRegion17.RE.ECF@usdoj.gov

FLETCHER & LEE
Elizabeth Fletcher, Esq.
448 Ridge Street
Reno, Nevada 89501
Telephone: 775.324.1011
Facsimile: 775.499.5976
Email: efletcher@fletcherlawgroup.com

GERBER LAW OFFICES, LLP
Zachary A. Gerber, Esq. Nevada Bar No. 13128 491 4th Street
Elko, Nevada 89801
Telephone: 775.777.4357
Email: zag@gerberlaw.com

LOUIS M. BUBALA, III on behalf of Defendant AMERICAN AGCREDIT
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

DATED this 6th day of November 2024.

_____/s/ Celeste Hernandez_____
An Employee of Robison, Sharp, Sullivan & Brust